# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00445-KLM

**JAMIE LEE DOWLING,** Individually; as surviving mother of RAYLEE KAY DOWLING; and as surviving mother of LANDYN SCOTT DOWLING,

Plaintiffs,

v.

**GENERAL MOTORS LLC** and KEY SAFETY SYSTEMS, INC.,

Defendants

---

### PLAINTIFF JAMIE LEE DOWLING'S MOTION TO
### ALLOCATE SETTLEMENT PROCEEDS
### RE: LANDYN SCOTT DOWLING, DECEASED

---

## CERTIFICATION

Pursuant to D.C. Colo. L.Civ.R. 7.1, plaintiffs' counsel states that he has conferred with counsel for defendants, who indicated they do not oppose this Motion. Plaintiffs' counsel has also conferred with counsel for Shawn Cook, who indicated Mr. Cook opposes the motion.

## MOTION

Plaintiff and all defendants have reached an agreement to fully resolve this case. Plaintiff respectfully requests that this Court receive evidence and schedule a hearing on the issue of allocation of settlement proceeds among the father and mother of decedent Landyn Scott Dowling and make a determination of the percentage of the wrongful death proceeds to be allocated to each natural parent, in accordance with C.R.S. §13-21-201(1)(c). That statute authorizes this Court to make such a determination, and provides

factors to be considered. As explained in the accompanying Memorandum and supporting Exhibits, Ms. Dowling provided 100% of Landyn's care and support during his lifetime, including 100% of the custody control, support, and parental responsibility. Her relationship with Landyn was that of loving mother and single parent. Mr. Cook provided 0% of Landyn's care and support, abandoning his son at birth, providing not one nickel of financial support or one day of care and responsibility, having no father-son relationship, and having seen his son only a few times, briefly, in Landyn's 5+ years of life (and not at all in Landyn's last 2+ years of life).  Thus, in accordance with the factors set forth in the statute, Mr. Cook should receive 0% of any settlement proceeds.

Plaintiffs also request an Order approving payment of the attorney fees on the amount of the recovery of wrongful death proceeds and of litigation costs to plaintiffs' counsel. Pursuant to the Colorado wrongful death act, Ms. Dowling was a proper plaintiff authorized to bring this action for the benefit of all claimants, and to contract with counsel for representation. Plaintiffs seek an Order allowing payment of attorney fees on the total amount of recovery per the terms of the fee agreement. The allocation hearing should be scheduled to determine allocation of the net proceeds, after payment of fees and costs.

For the reasons set forth in the Memorandum in Support of this Motion, plaintiffs respectfully request that the Court allocate the settlement proceeds 100% to Landyn's sole active parent, his mother, and 0% to the father who abandoned Landyn during his lifetime.

Respectfully submitted this 10 day of August, 2017.

By: _____

**Steven A. Shapiro**
SHAPIRO WINTHERS & MCGRAW
P.C.
2000 S. Colorado Boulevard
Tower One, Suite 9000
Denver, CO 80232
Telephone:  (303) 861-1000
sshapiro@colorado-law.net

**Stuart Ollanik**
OLLANIK LAW, LLC
1439 Wildwood Lane
Boulder, CO  80305
Telephone: (303) 579-9322
Email: stuart@ollanik-law.com

**Lance A. Cooper**
THE COOPER FIRM
531 Roselane Street, Suite 200
Marietta, GA  30060
Telephone:  (770) 655-0598
Email:  lance@thecooperfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**Certificate of Service**

I hereby certify that on this 10th day of August, 2017, I served the foregoing **PLAINTIFF JAMIE LEE DOWLING'S MOTION TO ALLOCATE SETTLEMENT PROCEEDS RE: LANDYN SCOTT DOWLING, DECEASED** via electronic filing and email to the following parties:

> **Charles L. Casteel**
> Davis Graham & Stubbs LLP
> 1550 17th Street, Suite 500
> Denver, CO 80202
> Telephone: (303) 892-9400
> Email: charles.casteel@dgslaw.com
>
> **Attorneys for Defendant**
> **General Motors LLC**
>
> **James Steven Dobis**
>
> Dobis, Russell & Peterson, P.C.
> 1317 Third Avenue, Suite 100
> New York, NY 10021
>
> Telephone: (212) 593-3310
> Email: jdobis@dr-law.com
>
> **Attorney for Defendant**
> **Key Safety System**
>
> **Martin Bennett, Esq.**
> Kugle, Skelton & Bennett, P.C.
> 130 Corsicana, Suite 302
> Athens, TX 75751
>
> **Attorney for Shawn Cook**