9/12/2017

To whom it may concern,

Our names are Christopher Cook (Shawn Cook's brother) and Lisa Cook (Shawn Cook's sister- in- law). We had a Family reunion in June of 2011. There was a total of 35 members that took place in this reunion. During this week we all went to a rodeo on the evening of June 18, 2011. My self and my wife were in attendance along with our 4 children, Drew Cook, Ryan Cook, Carson Cook and Haylee Cook. Shawn Cook had drove to the rodeo with Desiree Dusang and Landyn. Jamie Dowling was not in attendance that evening.

Also there was a couple of times that we were asked to watch Landyn at our house. We had also been approached by Jamie Dowling for financial help. We had given her around $200.00 cash over few months time.

If there are any further questions or concerns please feel free to contact myself or my wife. Christopher Cook 903-681-1040. Lisa Cook 903-203-8048.


Christopher Cook                          Lisa Cook

1

**EXHIBIT J**