To whom it may Concern.

I JASON P. Cook Was in Attendence at the Mesquite Rodeo on June 18th 2011 with other family members. My brother Shawn and his Son Landyn were in attendace with us, but Jamie Dowling was not. Shawns girlfriend Deserah was with he and Landyn.

JASON P. Cook

9-12-17

**EXHIBIT K**