# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00445-KLM

**JAMIE LEE DOWLING,** Individually as surviving mother of RAYLEE KAY DOWLING; and as surviving mother of LANDYN SCOTT DOWLING,

Plaintiffs,

v.

**GENERAL MOTORS, LLC** and KEY SAFETY SYSTEMS, INC., Defendants

## AFFIDAVIT OF JANNA CONN

Pursuant to 28 USC §1746, I, Janna Conn, declare the following:

1.  My name is Janna Conn. I am over the age of twenty-one, competent, and otherwise qualified to make this Affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2.  I knew Jamie Dowling when we both lived in Alpine, Texas. Jamie and the children, Raylee and Landyn, moved to Alpine in July, 2011, when Raylee was approximately 6 months old.

3.  I frequently baby-sat the children, Landyn and Raylee, at my home. I took care of the kids as much as I could, and they stayed overnight at my house frequently.

4.  Jamie Dowling told me that the father of her son, Landyn, was dead.

5.  Jamie Dowling told me that the father of her daughter, Raylee, had been killed in a horrible, tragic car accident.

**EXHIBIT L**

Case No. 1:15-cv-00445-KLM    Document 27-3    filed 09/21/17    USDC Colorado    pg
2 of 3

6. Jamie Dowling told me that her sister had died in a tragic car accident.

7. Jamie Dowling told me that everyone was dead and that she'd moved to Alpine to start over.

8. I have seen Jamie Dowling hit Landyn. One day, in my home, I had to stop her from beating Landyn. She had her thumb in his mouth and was jerking his head sideways while hitting him with her other hand. I stopped her. She said, "Don't you ever stop me from disciplining my child." I said this was not disciplining him, this was hurting him.

9. One day I noticed that Landyn had a large hematoma on his forehead. Jamie Dowling told me that he had fallen at school. My son attended the same school so I asked about Landyn's fall and was told that he had not fallen at school, and that Jamie Dowling told them that he had fallen at home.

10. Jamie Dowling did not like me to feed Raylee; she said she was afraid that Raylee was going to get fat. Raylee was always hungry.

11. I believed Jamie Dowling was a young and inexperienced mother who needed parenting classes. I purchased parenting books for her.

12. Jamie Dowling married a good friend of ours, Roy Largent, who is approximately 60 years old, but the day after the wedding she moved in with Mike Willson, who had been an employee of Roy's.

13. After Raylee's 2nd birthday, in February, 2013, Jamie Dowling told me that she was moving to Colorado to start over. She said she had a job at a hospital.

14. Jamie Dowling said some threatening things to me against Pastor Shirley Williams, so I suggested to Ms. Williams that she get a restraining order against Jamie Dowling.

**EXHIBIT L**

15. I am fearful of Jamie Dowling and have blocked her on Facebook because I don't want her finding out where I am living now (not in Alpine).

I declare under penalty of perjury that the foregoing is true and correct. Further Affiant sayeth naught.

_____
Janna Conn

STATE OF ARIZONA )

COUNTY OF Maracopa )

SWORN to and subscribed before me this 20 day of September, 2017, by Janna Conn. Witness my hand and official seal:

_____
Notary Public

My Commission expires: 07-28-19



Carolina Miranda
Notary Public
Maricopa County, Arizona
My Comm. Expires 07-28-19

**EXHIBIT L**