UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00445-KLM

**JAMIE LEE DOWLING,** Individually as surviving mother of RAYLEE KAY DOWLING; and as surviving mother of LANDYN SCOTT DOWLING,

Plaintiffs,

v.

**GENERAL MOTORS, LLC** and KEY SAFETY SYSTEMS, INC., Defendants

---

### AFFIDAVIT OF SHIRLEY WILLIAMS

---

Pursuant to 28 USC §1746, I, Shirley Williams, declare the following:

1.     My name is Shirley Williams. I am over the age of twenty-one, competent, and otherwise qualified to make this Affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2.     I am a founder and Senior Pastor of Grace Christian Fellowship Church in Alpine, Texas. I have also served as a judge, coroner and director of emergency medical services.

3.     Jamie Dowling was a member of our congregation.

4.     Jamie Dowling was one of the best liars I have ever come across. She was extremely convincing. Every day, Jamie told us of someone who had died, there were explosions. I never heard of anyone that so much trauma, drama and chaos followed but Jamie

**EXHIBIT M**

Dowling. I did not trust Jamie Dowling at all. I was always concerned. I had to watch my purse and watch my back. Every alarm in my body went off when I met Jamie Dowling.

5.      Jamie Dowling told me that the father of her daughter Raylee had "been killed in a car wreck explosion."

6.      Jamie Dowling told me that the father of her son Landyn had "been killed in a stabbing fight."

7.      Jamie Dowling also told me and the congregation of Grace Christian Fellowship Church that her sister had died but that she did not have enough money to travel to the funeral. The congregation took up a collection in order to help her.

8.      Whenever I asked about her family, Jamie Dowling told me that her entire family was dead, and that there was no one left of her family.

9.      A young man from our congregation came to me for counsel because he had ended a relationship with Jamie Dowling but then she told him she was pregnant and that he was the father. He felt that he needed to marry her. However, I believed she was lying about the pregnancy, and so I counseled him to wait her out. She was lying.

10.      Jamie Dowling told me and the congregation of Grace Christian Fellowship Church that she had cancer and that she had to travel to Dallas twice a month for treatment. One member of our congregation, Roy Largent, an older gentleman, had lost his first wife to cancer, so he married Jamie Dowling to take care of her. Mr. Largent gave Jamie a beautiful diamond ring, and worked hard to make sure she had only organic foods. Jamie Dowling refused to consummate this marriage, and instead accused Mr. Largent of being violent and crazy and of

**EXHIBIT M**

shooting up the ceiling. I know Mr. Largent to be only a kind-hearted, solid, hard-working, good man and Jamie Dowling's statements about him are false.

11.    I was concerned about the welfare of the children and attempted on many occasions to obtain names and information about Jamie Dowling's other family members, because I wanted someone to take the kids, but Jamie would never give any of us any information on her family.

12.    Jamie Dowling always seemed to me to be unstable and on the verge of a nervous breakdown. I was even concerned that she had kidnapped Landyn and Raylee and was on the run – she just would not give us any information about her family or her background. My red flags were going off.

13.    One day I sat her down and told her I was tired of her lies. She cried and said, 'you don't believe me!' I said, "You are right, I don't believe you." After that, she steered clear of me and would no longer come around.

_____
Shirley Williams

STATE OF TEXAS                          )
                                        )
COUNTY OF _Brewster_                    )

SWORN to and subscribed before me this ___ day of September, 2017, by Shirley Williams.

Witness my hand and official seal:

_____
Notary Public

My Commission expires: _March 31, 2020_

EVELYN MICHELLE PETROSKY
Notary Public, State of Texas
Comm. Expires 03-31-2020
Notary ID 10154744

**EXHIBIT M**