

**EXHIBIT O**