Aug 25 17 09:41p        Gary & Amy Cook                                    903-489-2693                    p.12

03/12/2013   16:32    9706419213                      CORONER                              PAGE   02/02

## STATE OF COLORADO
## CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Landyn   Scott   DOWLING | Male | March 9, 2013 |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE (Years) | 5b. UNDER 1 YEAR Mos. Days | 5c. UNDER 1 DAY Hrs Mins | 6. DATE OF BIRTH Month Day Year | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 5 | | | November 2 2007 | Mesquite, Texas |

**8. WAS DECEDENT EVER IN U.S. ARMED FORCES?** ☐ Yes ☑ No

**9a. PLACE OF DEATH (Check only one)**
HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
OTHER: ☐ Assisted Living/Nursing Home ☐ Hospice ☑ Other (Specify) Highway ☐ Decedent's Residence

**9b. FACILITY NAME (If not institution, give street and number)**
Mile Marker 169 Highway 50

**9c. CITY, TOWN, OR LOCATION OF DEATH**
Parlin

**9d. COUNTY OF DEATH**
Gunnison

**10a. DECEDENT'S USUAL OCCUPATION** (Give kind of work done during most of working life. Do NOT use retired)
N/A

**10b. KIND OF BUSINESS/INDUSTRY**
N/A

**11. MARITAL STATUS** ☐ Married ☑ Never Married ☐ Widowed ☐ Divorced ☐ Unknown

**12. SPOUSE** (if wife, give maiden name)

| 13a. RESIDENCE - STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| Colorado | Saguache | Sargents | 184 Marshall Street |

**13e. INSIDE CITY LIMITS?** ☑ Yes ☐ No
**13f. ZIP CODE** 81248

**14. WAS DECEDENT OF HISPANIC ORIGIN?** (If "Yes", specify Cuban, Mexican, Puerto Rican, etc.) ☑ No ☐ Yes, Specify:

**15. RACE:** American Indian, Black, White, etc. (Specify) White

**16. EDUCATION** (Specify only highest grade completed) Elementary or secondary (0-12) College (13-16 or 17+) 0

| 17. FATHER - NAME (First, Middle, Last) | 18. MOTHER - NAME (First, Middle, Maiden) | 19. INFORMANT - NAME and relationship to deceased |
|---|---|---|
| Shawn   Willis   Cook | Jamie   Lee   Dowling | Jamie Lee Dowling, Mother |

**20a. METHOD OF DISPOSITION** ☐ Burial/Entombment ☐ Cremation ☑ Removal from State ☐ Donation ☐ Other (Specify) ☐ Resomation

**20b. PLACE OF DISPOSITION** (Name of cemetery, crematory, or other place)
Eubank Cedar Creek Memorial Park

**20c. LOCATION - City or Town, State**
Mabank, Texas

**21a. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH**
Signature

**21b. NAME AND ADDRESS OF FACILITY**
Crippin Funeral Home
802 East Main St. Montrose, Colorado 81401

**22a. REGISTRAR'S SIGNATURE**
Signature

**22b. DATE FILED** (Month, Day, Year)

| 23. TIME OF DEATH 0800 ☐ AM ☐ PM ☑ Mil | 24. DATE AND TIME PRONOUNCED DEAD Month March Day 9 Year 2013 Time 0915 ☐ AM ☐ PM ☑ Mil | 25. WAS CORONER NOTIFIED? ☑ Yes ☐ No |
|---|---|---|

**TO BE COMPLETED BY SIGNING PHYSICIAN**
25a. To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated.
Signature   ☐ MD ☐ DO
26b. DATE SIGNED (Month, Day, Year)
26c. NAME, AND MAILING ADDRESS OF SIGNING PHYSICIAN

**TO BE COMPLETED BY CORONER**
27a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place, and due to the cause(s) and manner as stated.
Signature   ☑ Coroner ☐ Assoc/Deputy Coroner
27b. DATE SIGNED (Month, Day, Year)   March 11, 2013
27c. NAME AND COUNTY   Frank Vader, Gunnison County
28. NAME OF ATTENDING PHYSICIAN IF OTHER THAN SIGNING PHYSICIAN

**29. MANNER OF DEATH** ☐ Natural ☑ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Undetermined

**30. DID TOBACCO USE CONTRIBUTE TO DEATH** ☐ Yes ☐ No ☐ Probably ☐ Unknown

**31. IF FEMALE:** ☐ Not pregnant within last year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year

**32a. DATE OF INJURY** (Month, Day, Year) March 9, 2013
**32b. TIME OF INJURY** 0800 ☐ AM ☐ PM ☑ Mil
**32c. INJURY AT WORK?** ☐ Yes ☑ No
**32d. DESCRIBE HOW INJURY OCCURRED** Two vehicle collision

**32e. PLACE OF INJURY** - At home, farm, street, factory, office building, etc. (Specify)
State Highway

**32f. LOCATION INJURED** (Street and Number or Rural Route Number, City, County, State)
Mile Marker 169 State Highway 50 Parlin, Gunnison, Colorado

**33. IMMEDIATE CAUSE** - enter only one cause per line for (a), (b), and (c). Do not enter mode of dying (e.g. Cardiac or Respiratory Arrest) alone.

| Part 1. Conditions if any which gave rise to immediate cause stating the underlying cause last (c). | | | Interval between onset and death |
|---|---|---|---|
| (a) | Fractured Neck, (C-1) | | Immediate |
| | DUE TO OR AS A CONSEQUENCE OF | | Interval between onset and death |
| (b) | Two Vehicle Collision | | Immediate |
| | DUE TO OR AS A CONSEQUENCE OF | | Interval between onset and death |
| (c) | | | |

**Part 2. OTHER SIGNIFICANT CONDITIONS** - Conditions contributing to death but not related to cause in Part 1

**34. AUTOPSY** ☐ Yes ☑ No
**35. If YES, were findings considered in determining cause of death?** ☐ Yes ☐ No

## EXHIBIT P