# Surviving Family Members

(Father)

Shawn Cook

(Grandparents)

Gary and Amy Cook

(Great-grandmother)

Carol Asheliman

(Uncles and Aunts)

Jason and Maria Cook

Cory and Lori Cook

Chris and Lisa Cook

Jamie and Monica Cook

Jessica Cook

(Cousins)

Tristan, Kennedy, Mason, Drew, Ryan, Carson,

Haylee, Griffin, Logan, Parker, James,

Michael, La'Daveon and Sophie

**EXHIBIT Q**

# Services

Saturday, March 16, 2013

2:00 pm

Eubank Cedar Creek Memorial Chapel

Mabank, Texas

# Officiating

Rev. Dennis Woods

**EXHIBIT Q**

*In Memory Of*

Landyn Scott Dowling

*Born*

November 2, 2007

*Entered Into Rest*

March 9, 2013

*Age*

5

**EXHIBIT Q**

*Relatives and Friends*

Christie A. Warrick
Monica Cook
Jamie Cook
Griffin, Logan, Parker Cook
Gary and Amy Cook
Shawn Cook

Drew Cook
Ryan Cook
Carson Cook
Haylee Cook
Patrick Campbell
Jessica Cook
James, michael, La'Daveon, Sophie
Cory, Lori + Mason Cook
Stacy Davi
Jason Boyer

**EXHIBIT Q**

*Relatives and Friends*

Vicki Oliver + Mike Oliver

Pam + Roy Glener

Marsha Irwin

**EXHIBIT Q**

*Relatives and Friends*

Liz Oat

Jason Ellis

Casey Menshaw

Bonnie Smith

Deborah Rounsavall

Portia Welch

Jeff Jewell

Brent Rice

Luella Shehee

Marilyn Aller

Keslyn Kjeldgaard

Garrett Glover

Shelly Walker

Brittney ☩ Walker

Sharon Shaw

[signature]

Ronnie Smith

Mark Bynum

Forrest Yates

John Simmons

**EXHIBIT Q**