

COOK PHOTOS 000026

EXHIBIT R



COOK PHOTOS 000027

**EXHIBIT R**