I'm Jessica Cook sister to Shawn Cook. I along with my two children James and Sophie attended the Cook/Keller family reunion in June of 2011. We also attended the Mesquite Rodeo June 18th along with 24 family members. Jamie Dowling was not present at either event.

I have never witnessed nor do I believe my brother Shawn would ever hit or strike a woman. On the other hand I have witnessed the anger, mental and physical abuse of Shawn by Jamie Dowling.

Once at my parents Malakoff home Jamie showed up unannounced asking Shawn for money. She left Landyn in the car which was running. Shawn was standing outside and I was sitting in the rocking chair on the porch. She got in his face screaming and yelling demanding money. I stood up and told Shawn she needed to calm down. Shawn told her that he was not giving her any more money because our mother Amy gave her a check earlier. Jamie got angrier and shoved Shawn. I told her she needed to back off and leave or I'm going step in. Jamie looked at me and said you can't touch me I'm pregnant. I then asked her why are you in my brothers face pushing him and trying to start a fight. I got up and told Jamie to push me and she started to walk off. When Jamie got to her car she open the door and began yelling at Shawn he would regret this and he would never see his son Landyn again. Landon started screaming and crying and she yelled at him stop crying. She then looked back at me and yelled at me your nothing but a ▮▮▮▮ lover then got in her car. When I started toward her vehicle she drove off.

*Jessica Cook*

Jessica L. Cook

**EXHIBIT V**