My name is Cory Cook and I am Shawn Cooks brother. I was at the Rodeo for our family reunion. There was no attendance of Jamie Dowling at the rodeo that night. It was family members and their wives. I remember going to the rodeo and coming back to my father's house and that is where Jamie Dowling pick up Landyn. That date was the evening of June 18, 2011.

Thank you Cory Cook

My name is Lori Cook sister in law of Shawn Cook and Jamie Dowling was not there that night for the Rodeo.

Thank you Lori Cook

**EXHIBIT W**